# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| WILLIE ABNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO:<br>4:21-CV-897-RDP-MU |

## DEFENDANTS' AMENDED EXHIBIT LIST

COME NOW Defendants Bryan Chapman, Wilbert Howard, Christopher McLaurin, and Antwan Kendrick, by and through undersigned counsel, and in accordance with Exhibit D of this Court's Pretrial Order (Doc. 46 at 5-6), and hereby submit the following list of exhibits for the trial set in the above-styled case:

Exhibits that Defendants Expect to Offer

1. ADOC Incident Reports from incidents on July 7, 8, and 10, 2019.

2. ADOC Duty Officer Reports from incidents on July 7, 8, and 10, 2019.

3. Plaintiff's Medical Records from July 8, 2019, through August 12, 2019.

4. ADOC Shift Duty Post Rosters from July 10, 2019, through August 8, 2019.

<u>Exhibits that Defendants May Offer if the Need Arises</u>

5.   Any exhibit on the Plaintiff's Exhibit List.

6.   Any document necessary to rebut the evidence offered by the Plaintiff.

7.   Defendants reserve the right to supplement this Exhibit List.

Respectfully submitted,

Steve Marshall
  *Attorney General*

/s/ Andrew C. Crowder
Andrew C. Crowder
Benjamin H. Albritton
  *Assistant Attorneys General*

**Counsel for Defendants**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443 (T)
334-353-8400 (F)
Andy.Crowder@AlabamaAG.gov
Ben.Albritton@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, September 12, 2023, filed the foregoing document with the Clerk of the Court, using the ECF filing system, which will send notification of the same to the following:

Frank Ozment, Attorney at Law
217 Country Club Park, Box 501
Birmingham, Alabama 35213
205-847-5401
frankozmentlaw@gmail.com

                                             */s/ Andrew C. Crowder*
                                             Andrew C. Crowder
                                             Assistant Attorney General