FILED

2024 Apr-15  AM 09:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| WILLIE ABNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 4:21-CV-897-RDP |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendants in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff's counsel Frank Ozment, respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein the parties represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted on this the 15th day of April 2024.

/s/ Andrew C. Crowder
Andrew C. Crowder
Benjamin H. Albritton
*Assistant Attorneys General*

**Counsel for Defendants**

1

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443 (T)
334-353-8400 (F)
Andy.Crowder@AlabamaAG.gov
Ben.Albritton@AlabamaAG.gov

*/s/ Frank Ozment* *
Frank Ozment
Attorney at Law
217 Country Club Park, Box 501
Birmingham, Alabama 35213
205-847-5401
FrankOzmentlaw@gmail.com

**Counsel for Plaintiff**

**\*WITH PERMISSION**